**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FRANCIS; individually<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY dba PEERLESS INDEMNITY INSURANCE COMPANY a LIBERTY MUTUAL INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-02082-ART-NJK<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Plaintiff Michael Francis and Defendant Liberty Mutual Insurance Company hereby stipulate through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this entire action be and is dismissed with prejudice, each party to bear her and its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  January 12, 2024                    MAYNARD NEXSEN LLP

/s/ Nicholas J. Boos
NICHOLAS J. BOOS
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

Dated:  January 12, 2024                    BOYACK LAW GROUP

/s/ Daniel M. Dastrup
DANIEL M. DASTRUP
Attorneys for Plaintiff
MICHAEL FRANCIS

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED:  January 16, 2024.